■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v NERON DOZIER, Appellant. [812 NYS2d 888]—Application by the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated May 27, 2003 (*People v Dozier*, 305 AD2d 696 [2003]), affirming a judgment of the Supreme Court, Queens County, rendered June 21, 2001.

Ordered that the application is denied.

The appellant has failed to establish that he was denied the effective assistance of appellate counsel (*see Jones v Barnes*, 463 US 745 [1983]; *People v Stultz*, 2 NY3d 277 [2004]). Prudenti, P.J., Santucci, Mastro and Rivera, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v THEODORE EDWARDS, Appellant. [813 NYS2d 690]—Appeal by the defendant, as limited by his motion, from a sentence of the County Court, Suffolk County (Braslow, J.), imposed March 1, 2005, on the ground that the sentence is excessive.

Ordered that the sentence is affirmed. No opinion. Florio, J.P., Santucci, Skelos and Dillon, JJ., concur.